**Howard Grady BARBEE, Appellant,**

v.

**UNITED STATES of America.**

No. 15462.

United States Court of Appeals
Eighth Circuit.

Nov. 9, 1955.

**742**

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

Arland Leonard GERBERDING, Appellant,

v.

UNITED STATES of America.

No. 15463.

United States Court of Appeals
Eighth Circuit.

Nov. 9, 1955.

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.